# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NEELIAN MORALES and
AILEEN MEDINA,

          **Plaintiffs,**

v.                                  **Case No. 6:24-cv-117-JA-DCI**

UNUM LIFE INSURANCE
COMPANY OF AMERICA and
COADVANTAGE RESOURCES,
INC.,

          **Defendants.**

_____

## ORDER

Upon consideration of the Unopposed Motion for Approval of Minor Settlement (Doc. 43, filed July 31, 2024, & Doc. 65 (redacted version) filed August 30, 2024) filed by Plaintiff Aileen Medina and the Report (Doc. 75) filed by the appointed Guardian Ad Litem, Fritz Scheller, it is **ORDERED** that the motion is **DENIED** as not in the best interest of the minor for the reasons stated in the Report (Doc. 75).  If Plaintiff Medina desires to move for approval of a settlement on the terms described in the Guardian's Report and reflected in the attachments to that Report, she shall do so no later than **February 24, 2025**.

**DONE** and **ORDERED** in Orlando, Florida, on February 13, 2025.

                               _____
                                   JOHN ANTOON II
                             United States District Judge

Copies furnished to:
Counsel of Record
Fritz Scheller (Guardian Ad Litem)