UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NEELIAN MORALES F/K/A NEELIAN ESTRADA,
AILEEN MEDINA F/K/A AILEEN ESTRADA INDIVIDUALLY
AND AS P/N/G OF MINOR F.E.,
    Plaintiffs,

v.                                                Case No. 6:24-cv-00117-JA-DCI

COADVANTAGE CORPORATION,
COADVANTAGE RESOURCES, INC.
AND UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant

### UNOPPOSED AMENDED MOTION FOR APPROVAL OF MINOR SETTLEMENT

The Plaintiff, Aileen Estrada as parent and natural guardian of F. E., by and through, her undersigned counsel moves for an Order Approving Minor Settlement and States as follows.

1. This dispute involves life insurance claims arising under a group insurance policy issued to CoAdvantage Corporation to insure the life and accidental death benefit components of the CoAdvantage Resources, Inc. Group Benefits Plan ("the Plan"), an employee welfare benefit plan governed by the Employee Retirement Income Security Act ("ERISA"). The minor, F. E., alleges he was a 50% beneficiary of $250,000 in life insurance coverage purchased by his late father.

2. Mediation in this case occurred on June 12, 2024, resulting in an amicable resolution. Doc. 41-42 (mediation report and joint notice of settlement).

3. Plaintiff filed an initial Motion for Approval for Minor Settlement which the Court took under advisement and later denied without prejudice to move for approval of the settlement terms as outlined in the report of the Guardian Ad Litem . As stated, the Court elected to appoint a Guardian Ad Litem, Fritz Scheller, Esq.. Plaintiffs' counsel has met with Mr. Scheller and has taken a fee reduction so that the minor can have more of the proceeds.  At this time Plaintiff requests that the Court approve the settlement exactly as outlined by the Guardian Ad Litem, Mr. Scheller.

4. As the settlement involved a minor, Plaintiffs seek approval by the Court of the settlement as recommended in the guardian's report. After reduction from the settlement amount of attorney's fees and costs, the minor is due to receive $82.438.63, to be deposited in a UTMA account managed by the Vanguard Group, Inc.. The funds may not be withdrawn from the account until the minor reaches the age of majority.

5. Plaintiff Neelian Morales f/k/a Neelian Estrada, an adult, participated in the mediation and will receive a portion of the settlement funds. Plaintiff's counsel has also given the adult beneficiary a fee reduction as outlined in the Guardian's report.

6.  The settlement proceeds will be paid to the trust account of Plaintiff's attorney, John D. Ameen, and deposited into the UTMA account as outlined in the Guardian Ad Litem's report once the funds clear.

7.  The minor's mother, AILEEN MEDINA, was a contingent beneficiary, is not receiving any settlement proceeds and is capable of looking out for the best interest of her child. As such, and because the money will be placed in an interest-bearing account until the minor reaches eighteen years of age, it is respectfully suggested that a Guardian is not necessary to oversee thaccount as outlined in the report of the Guardian Ad Litem.

8.  The settlement was negotiated by the undersigned attorney who was hired by the parent and natural guardian and who had a shared interest in maximizing the settlement amount.

## MEMORANDUM OF LAW

Since this case arises solely under Federal Law, Florida law concerning minor settlements is not binding on this Court. <u>Meyers v. United States</u> 2014 U.S. Dist. Lexis 137277 (M.D. Fla. Sept. 29th 2014). Under the Meyers holding, courts in the Middle District of Florida have elected to apply Fla. Stat. 744.387 (3)(a) given the absence of a federal statutory scheme for approving a minor settlement. Pursuant to Fla. Stat. 744.387 court approval of a minor settlement requires a determination that "the settlement will be for the best interest of the ward." <u>O'Brien v. United States</u>, 2022 U.S. Dist. Lexis 15052 (M.D. Fla. Jan. 27th 2022).

The cardinal rule is that the District Court must find that the settlement is fair, adequate and reasonable and is not the product of collusion between the parties. In re Smith, 926 F.2d 1027, 1029 (11th Cir. 1991).

The Guardian Ad Litem has determined that the settlement outlined in his report is reasonable and in the best interest of the minor. Plaintiff's have completely adopted that settlement as reflected by the amended closing statements. Further, since AILEEN MEDINA, is not receiving or competing with the minor for any portion of the settlement proceeds (which will go into a restricted account) it would be a fair conclusion that she is capable of acting in the best interest of her minor child. There was no collusion between the Plaintiffs, Plaintiff's counsel and the Defendants in reaching the proposed settlement. As in the O'Brien case (supra), there are no provisions of the settlement that render the agreement, unfair, unreasonable or contrary to the best interest of the minor.

**WHEREFORE**, the Plaintiff Aileen Estrada as parent and natural guardian of F. E. moves for an Order approving of the settlement as outlined in the report of the Guardian Ad Litem.  LOCAL RULE 3.01 G Certification,  I hereby certify that I have conferred with both opposing counsels in this case and this motion is unopposed.

## **CERTIFICATE OFSERVICE**

I HEREBY CERTIFY that on this 20th, day of February 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to :

WM. Jere Tolton, III, Esquire
Kilmer, Voorhees & Laurick, PC
2701 NW Vaughn Street, Suite 780
Portland, OR 97210
*Counsel for Defendant, Unum Life*


GORDON REES SCULLY MANSUKHANI
Kristina L. Marsh, Esquire
100 S. Ashley Drive, Suite
1290 Tampa, FL 33602
*Counsel for Defendant Co-Advantage*

Respectfully submitted,

By: ___*/s/ John D. Ameen*___
      JOHN D. AMEEN, ESQ.
      Florida Bar No. 0008036
      Law Offices of JOHN D. Ameen, P.A.

3343 West Commercial Boulevard, Ste. 101
Fort Lauderdale FL  33309
Phone: (954) 763-4950
Fax:    (954) 763-1933
jameen@protectingyou.com