# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NEELIAN MORALES and**
**AILEEN MEDINA,**
      **Plaintiffs,**

v.                                             Case No. 6:24-cv-117-JA-DCI

**UNUM LIFE INSURANCE**
**COMPANY OF AMERICA and**
**COADVANTAGE RESOURCES,**
**INC.,**
      **Defendants.**

## ORDER

Upon consideration of the Unopposed Amended Motion for Approval of Minor Settlement (Doc. 77) filed by Plaintiff Aileen Medina, it is **ORDERED** that the motion is **GRANTED**. The Court finds that settlement on the terms described in the Guardian's Report (Doc. 75) and reflected in the attachments to that Report is in the best interest of the minor beneficiary. The Court thus approves settlement on those terms. **No later than March 25, 2025**, Plaintiffs shall file a status report regarding payment of the settlement funds.

DONE and ORDERED in Orlando, Florida, on February 20, 2025.

                                                       JOHN ANTOON II
                                                    United States District Judge

Copies furnished to:
Counsel of Record
Fritz Scheller (Guardian Ad Litem)